DALE R. SAN MARCO et al., Appellants, v VILLAGE/TOWN OF MOUNT KISCO, Respondent.

Submitted June 8, 2009; decided June 25, 2009

Motion to vacate this Court's May 20, 2009 dismissal order granted [see 12 NY3d 850 (2009)].

JASVIR SINGH, Appellant, v ABDU MOHAMED et al., Respondents.

Submitted May 18, 2009; decided June 25, 2009

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed so much of the November 2007 Supreme Court order as denied appellant's motion for renewal, dismissed upon the ground that such part of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of ANSELMO SOTO, JR., Appellant, v BRIAN FISCHER, Respondent.

Decided June 25, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.